# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. SACV12-00314-JGB(MLGx)　　　　　　　　　Date October 23, 2013

Title: Patrick J Vital v. One World Company LLC, et al

Present: The Honorable JESUS G. BERNAL, U. S. District Judge

| A. Duke | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　　Attorneys Present for Defendants:

---

Proceedings:　　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Stipulation to Dismiss With Prejudice is granted.

☒ Entered JS-6.

Initials of Preparer　　adu